# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SANDY LANDRY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-1954** |
| **NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **SECTION "B" (2)** |

## ORDER

The court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date no party has filed objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, **IT IS ORDERED** that plaintiff's motion to remand is **GRANTED**.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner of Social Security Administration is **REVERSED** and this matter is **REMANDED** to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

New Orleans, Louisiana, this 31st day of August, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE